UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

WALTER CAPEN,   Case No.: 3:15-cv-1005-J-32JBT

    Plaintiff,

v.

FARR ENTERPRISES, INC., D/B/A
COMENITY BANK,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, COMENITY BANK, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a written settlement with regard to this case and are presently finalizing compliance with same to secure dismissal. The parties expect to file the appropriate dismissal documents within thirty (30) days.

Dated: September 28, 2015.

    Respectfully Submitted,

    McGlinchey Stafford, PLLC

    /s/R. Carter Burgess
    R. Carter Burgess, Esq.
    Florida Bar # 058298
    10407 Centurion Parkway N., Suite 200
    Jacksonville, FL 32256
    (904) 224-4498 (telephone)
    cburgess@mcglinchey.com

1098498.1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all parties on the mailing matrix, on this 28th day of September, 2015.

                                                            /s/R. Carter Burgess
                                                            Attorney