UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WALTER CAPEN,

    Plaintiff,

v.    Case No. 3:15-cv-1005-J-32JBT

COMENITY BANK,

    Defendant.

## **O R D E R**

Upon review of the Notice of Voluntary Dismissal (Doc. 10), filed on October 27, 2015, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of November, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record